**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000037
02-MAY-2025
07:48 AM
Dkt. 205 OGDMR**

NO. CAAP-21-0000037

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHRISTINE SOROKA, Plaintiff/Counterclaim Defendant-Appellant, v.
CITY AND COUNTY OF HONOLULU, a municipal corporation,
Defendant/Counterclaimant-Appellee,
and CLARENCE F. NEVES, JR., Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE BUSINESS ENTITIES 1-10;
DOE NON-PROFIT CORPORATIONS 1-10; and DOE
GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-0339-02 JMT)

ORDER GRANTING IN PART AND
DENYING IN PART MOTION FOR RECONSIDERATION
(By: Leonard, Acting C.J., and Wadsworth and McCullen, JJ.)

Upon consideration of "[Plaintiff/Counterclaim Defendant-]Appellant Christine Soroka's Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order, Filed on 3/31/2025" (Motion for Reconsideration), filed on April 10, 2025, the papers in support, and the record, the court determines that clarification is warranted regarding section (8) of the Summary Disposition Order and reconsideration is warranted regarding the award of costs by the Circuit Court of the First Circuit. An Amended Summary Disposition Order will therefore be filed. Reconsideration is

otherwise denied as unwarranted under Rule 40(b) of the Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is granted in part and denied in part.

DATED: Honolulu, Hawai'i, May 2, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge